**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00268-CV

## IN RE MAURICE JOEL HEROD, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00470**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus.


/s/     LESLIE OSBORNE
        JUSTICE